UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-1323

In Re:  DANIEL JOHNSON WILLIS,

                    Appellant.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Greenville.  Malcolm J. Howard,
Senior District Judge.  (4:08-mc-00002)

Submitted:  October 21, 2008          Decided:  October 23, 2008

Before MICHAEL, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Daniel Johnson Willis, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel Johnson Willis appeals the district court's order denying his motion for leave to file a new civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm the order for the reasons stated by the district court. In re: Daniel Willis, No. 4:08-mc-00002 (E.D.N.C. filed Feb. 7 & entered Feb. 8, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED